IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELEN KWASNIEWSKI,
on behalf of plaintiff and a class,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

Case No.  19-cv-701-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Medicredit, Inc. against plaintiff Helen Kwasniewski decertifying the class previously certified by the court under Fed. R. Civ. P. 23(c)(1)(C) and dismissing plaintiff's individual complaint for lack of standing.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 1/25/2021 |
| Peter Oppeneer, Clerk of Court | Date |